In the Matter of the Application for the Appointment of a
Committee of the Person and Property of LAVINIA
CLARKSON, Respondent, an Alleged Incompetent
Person.

EMILIE V. MOORE, Appellant.

*Matter of Clarkson,* 186 App. Div. 575, affirmed.
(Argued October 7, 1919; decided October 21, 1919.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
March 13, 1919, which reversed an order of Special Term
granting a motion for the issuance of a commission to
determine the mental competency of the respondent
herein. The Appellate Division held *first*, that a former
application resulting in a dismissal of the proceedings
was *res adjudicata* and a bar to this proceeding; *second*,
that it appearing that the alleged incompetent resides in
New York city, where the first proceeding was instituted,

it was improper to institute this second proceeding in St. Lawrence county; *third,* that upon the merits a commission should not issue.

*Edgar T. Brackett* and *Robert M. Moore* for appellant. *Thomas Spratt* and *F. L. Cubley* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, MCLAUGHLIN and CRANE, JJ.